IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| TANISHA STALLWORTH, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 13-00202-KD-N |
| GUYOUNG TECH USA, INC., and JIN RAE CHO, | ) |
| Defendants. | ) |

## JUDGMENT

In accordance with the Order entered this date, it is hereby **ORDERED**, **ADJUDGED** and **DECREED** as follows:

1) Plaintiff Tanisha Stallworth's claims pursuant to Title VII of the Civil Rights Act of 1964, as amended, are dismissed with prejudice and **JUDGMENT** is entered in favor of defendant Guyoung Tech USA, Inc. and against plaintiff Tanisha Stallworth as to Count I of the amended complaint; and

2) Plaintiff Tanisha Stallworth's state law claims against defendants Jin Rae Cho and Guyoung Tech USA, Inc., are dismissed without prejudice and the Court declines to exercise supplemental jurisdiction pursuant to 28 U.S.C. § 1367.

**DONE** this the 30th day of May 2014.

       s/ Kristi K. DuBose
       KRISTI K. DuBOSE
       UNITED STATES DISTRICT JUDGE